**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Jacksonville Division

**CIVIL RIGHTS COMPLAINT FORM**

TONY LESLIE MURRAY
#2009040436

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 3:10-cv-396-J-99TJC-MCR
(To be supplied by Clerk's Office)

v.

JACKSONVILLE SHERIFF'S OFFICE, JOHN H. RUTHERFORD, SHERIFF, K9 UNITS: SHORT, BRIDGEMAN, WILLIAMS.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Pretrail Detention Facility, 500 East Bay Street, Jacksonville, Florida 32202
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (✓)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 13 day of April, 2010.

Tony Leslie Murray
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? On 11/2/09 I filed a Employee Complaint Form.

2. What were the results? Forwarded to Internal Affairs on 12/18/09. No action to date.

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses (See Exhibits A and B)

D. If your answer is NO, explain why not: Not Applicable

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 13 day of April, 2010.

Tony Leslie Munyo [signature]
Signature of Plaintiff

JACKSONVILLE SHERIFF'S OFFICE
501 E. BAY STREET
JACKSONVILLE, FLORIDA 32202-2975

Exhibit A

# EMPLOYEE COMPLIMENT/COMPLAINT FORM

| Nature of Incident/Event | I.A. # (Administrative Use Only) |
|---|---|
| Police Brutality & Excessive Use Of Force | |

**SHERIFF'S OFFICE EMPLOYEE INFORMATION** — **CITIZEN INFORMATION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee's Name and ID# (If known): K-9 Units: Short, Bridgeman and Williams | | | | | Citizen's Name (First MI Last): Tony L. Murray | | |
| Race: White | Sex: Male | Height: 6' | Weight: 190 | Approximate Age: 30-35 | Home Address, Apt#: 5711 Cain LN | | |
| Other Identifying Characteristics: U/N | | | | | City: Jacksonville | State: FL | Zip Code: 32254 |
| Vehicle or Tag #: U/N | Vehicle Model: U/N | | In Uniform: Yes | | Race: Black | Sex: Male | D.O.B.: 5-2-64 |
| Employee Vehicle Description (Marked/Unmarked, Color): Marked | | | | | Home #: U/N | Business #: U/N | Cell #: U/N |
| Location of Incident/Event: 745 Edgewood Ave N | | | | | Name of Witness (First MI Last): U/N | | |
| Day and Date of Incident/Event: 9/24/2009 | | | Time: 7:18 | | Witness Address, City, State, Zip Code: U/N | | |
| Today's Date and Time: 11/2/2009 | | | | | Witness Phone Number(s): U/N | | |

**EXPLANATION OF EVENT:** (Also list on the back any additional information, employees, witnesses, etc)

On 9/24/09, while I was submitting to arrest, I was a victim of Police Brutality and Excessive Use of Force. K-9 Units Short, Bridgeman, and Williams repeatedly ordered their K-9 to attack me while I lay on the floor with my hands behind my back. Where I sustained injuries to my Left Shoulder, Left Bicep, Left Upper Back, Right Arm, and Right Bicep. I authorize release of medical records from Shands and Jail records, which would confirm that I was Brutaly

F.S.S. 837.06: Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

Signature of Citizen: Tony L. Murray
All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| D. Edyuta #6827 | 4 EAST SECURITY | 10/2/09, 1330 Hours |

Exhibit B

# OFFICE OF THE SHERIFF

CONSOLIDATED CITY OF JACKSONVILLE

501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

John H. Rutherford
Sheriff

December 18 2009

Tony L Murray
PDF - 2009040436 (4E3-059)

**RE: Internal Affairs Case No.: 09-00729**

Dear Mr. Murray:

The Internal Affairs Unit of the Jacksonville Sheriff's Office has received your complaint. We appreciate that you have taken the time in responding to an incident you felt needed our attention.

The information will be forwarded to **Lt. Sharp (630-4728),** the employee's commander, for supervisory review of the incident detailed in your complaint. Your concerns are of importance to us as we regret your encounter was unfavorably perceived. I am forwarding this matter to the member's Commanding Officer to examine the circumstances and to discuss your concerns with the member.

The Jacksonville Sheriff's Office is committed to providing the best law enforcement service to all citizens within our jurisdiction. Your complaint will allow us to critique the member's actions to ensure professionalism within our Department. Please contact the above listed Commanding Officer if you have any additional information, questions or comments.

Sincerely,

**JOHN H. RUTHERFORD, SHERIFF**

M.D. Bruno, Lieutenant
Internal Affairs Unit

MDB/dds

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Not Applicable

   Defendant(s): Not Applicable

2. Court (if federal court, name the district; if state court, name the county):

   Not Applicable

3. Docket Number: Not Applicable

4. Name of judge: Not Applicable

5. Briefly describe the facts and basis of the lawsuit: Not Applicable

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   Not Applicable

7. Approximate filing date: Not Applicable

8. Approximate disposition date: Not Applicable

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

Not Applicable

V. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. **Name of Plaintiff:** Tony Leslie Murray

**Mailing address:** 500 East Adam Street
Jacksonville, Florida 32202

B. **Additional Plaintiffs:** Not Applicable

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. **Defendant:** Jacksonville Sheriff's Office

**Mailing Address:** 501 East Bay Street
Jacksonville, Florida 32202

**Position:** Police Officer

**Employed at:** Jacksonville Sheriff's Office

D. **Defendant:** John H. Rutherford

**Mailing Address:** 501 East Bay Street
Jacksonville, Florida 32202

**Position:** Sheriff

**Employed at:** Jacksonville Sheriff's Office

E. Defendant: K-9 Officer Short

Mailing Address: 501 East Bay Street
Jacksonville, Florida 32202

Position: K-9 Officer

Employed at: Jacksonville Sheriff's Office

F. Defendant: K-9 Officer Bridgeman

Mailing Address: 501 East Bay Street
Jacksonville, Florida 32202

Position: K-9 Officer

Employed at: Jacksonville Sheriff's Office

G. Defendant: K-9 Officer Williams

Mailing Address: 501 East Bay Street
Jacksonville, Florida 32202

Position: K-9 Officer

Employed at: Jacksonville Sheriff's Office

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Amendment 4: "The Fourth Amendment's freedom from unreasonable searches and seizures encompasses the plain right to be free from the use of excessive force in the course of an arrest."

Amendment 8: ...nor cruel and unusual puniment inflicted.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On September 24, 2009 at 12:[illegible], while I was submitting to arrest inside the Dollar Lot Department Store on [illegible] Edgewood Avenue North, I was a victim of "Police Brutality" and Excessive Use Of Force. K-9 Units: Short, Bridgeman, and Williams repeatedly ordered their K-9 to attack me while I lay on the floor with my hands behind my back. Which was what I was ordered to do by

**Statement of Facts, continued:**

one of the K-9 Officers; "to roll over on my stomach and place my hands behind my back," which I complied with said order. At that time an Officer reached over and grabbed my arm and ordered his K-9 to attack me, which he repeatedly did a number of times. Where I substained injuries to m Left Shoulder, Left Bicep, Left Upper Back, Right Arm, Right Bicep, and Right hand, where I received stitches to two (2) fingers, one of which I'm permanently deformed. Medeeal records from Shands and Detention Fallility would confirm that I was "Brutally" attacked on said day in question. (See Exhibit C).

Note: Plaintiff was not charged with any form of "Resisting Arrest" to justify the unnessary use of force; (i.e. the ordering of K-9 to attack plaintiff) was used too "Maliciously" and "Sadistically" cause Plaintiff harm.









Exhibit C

VIII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

"Compensatory" and "Punitive" Damages in the area of one point five (1.5) Million Dollars. And "Disciplinary Action" taken against Officers Short, Bridgeman, and Williams for their actions of inflicting Cruel an Unusual Punishment towards said Plaintiff.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 13 day of April, 2010.

Tony Leslie Murray
#200904036

(Signatures of all Plaintiffs)