UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONY LESLIE MURRAY,

Plaintiff,

v. Case No. 3:10-cv-396-J-99TJC-MCR

JACKSONVILLE SHERIFF'S OFFICE,
et al.,

Defendants.

---

**ORDER**

1. Plaintiff's request to proceed in forma pauperis, contained within his Affidavit of Indigency (Doc. #3), filed May 7, 2010, is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee.

2. Because Plaintiff has less than a $10.00 balance in his prison trust fund account, the Court will not require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). However, Plaintiff is **hereby assessed the total $350.00 filing fee in this case**.

3. As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be returned to the penal institution.

4. Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, Plaintiff should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

5. The **Clerk of Court** shall **MAIL** a copy of this Order to the administrator of the inmate trust fund account at the jail.

6. Plaintiff's May 7, 2010, Motion for Appointment of Counsel (Doc. #4) is **DENIED** because it appears Plaintiff is able to

prosecute the case during this early stage of the litigation. However, after the case progresses, Plaintiff may refile a motion for appointment of counsel for the Court's consideration.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of May, 2010.

Monte C. Richardson

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

sa 5/11
c:
Tony Leslie Murray